

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00059-CV

_____

DAVID AND SHELLEY STEVENS, Appellants

V.

PENTAIR FILTRATION, INC., PENTAIR RESIDENTIAL FILTRATION, LLC, AND STA-RITE INDUSTRIES, LLC, Appellees

On Appeal from the 336th District Court
Fannin County, Texas
Trial Court No. CV-13-41338

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

The appellants, David and Shelley Stevens, have filed a motion to dismiss this pending appeal. The Stevenses represent that the parties have reached a settlement and that they no longer desire to prosecute this appeal.

We grant the Stevenses' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


Jack Carter
Justice

Date Submitted:     September 18, 2014
Date Decided:       September 19, 2014